# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JEREMY M. GLAPION,**<br><br>Plaintiff,<br><br>v.<br><br>**RENOVATION REFERRAL, LLC d/b/a SOLAR MEDIA TEAM; GABRIEL SOLOMON SR.**<br><br>Defendant. | Civil Case No.: 21-cv-599 |

## DECLARATION OF PATRICK KENNEDY

I, Patrick Kennedy, declare as follows:

1. I am the Director of Operations at Ytel, Inc.

2. Ytel is a communications platform that provides cloud-based tools for users to call, text, and track communications with contacts.

3. As part of this offering, Ytel offers telephone numbers for lease to its users.

4. On August 20, 2021, Ytel responded to a subpoena from Jeremy Glapion as part of the case captioned above for the identity and contact information of the user of certain telephone numbers owned by Ytel.

5. A true and accurate response to this subpoena is attached to this Declaration as Exhibit A.

6. The email address associated with the account, and which is used to log

in to the account, is gabe@solarmediateam.com.

7. In addition, Ytel produced a csv file of outbound telephone calls made from that telephone number to telephone number 617-575-9268, which included the duration (length of the call in seconds), direction (out indicating it was an outbound call from the user), the "to" number (the number to which the call was placed), the "from" number (the number placing the call), and the timestamp (the date and time of the call).

8. Each of the numbers in the "from" field were a part of the account assigned to the entity whose information is set forth in Exhibit A.

9. This CSV file reflects 108 outbound calls.

10. This CSV file is attached to this Declaration as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3rd, 2022 (date) at 9am.

*Patrick Kennedy*
Patrick Kennedy

# EXHIBIT A



Jeremy Glapion <jmg@glapionlaw.com>

## Case #SUPT26918: Subpoena for customer identity

**Ytel Legal** <support@ytel.com>  Fri, Aug 20, 2021 at 5:02 PM
Reply-To: Ytel Legal <cases.5129501.1668525_3263355_349599.afc8dff01f@5129501.email.netsuite.com>
To: jmg@glapionlaw.com

Company Info:
CompanyID - 104862
Company Name - Solar Media Team

Contact Information:
Gabe Soloman
gabe@solarmediateam.com
5615315270

Billing Address:
5379 LYONS ROAD
606
COCONUT CREEK, FL, 330732810

CDR, attached.

Ken Richard
GC/Ytel, Inc.
949-283-3017

📄 **SUPT26918 - CompanyID 104862 - CDR.csv**
7K

# EXHIBIT B

| service_ty | duration | direction | to | from | timestamp |
|---|---|---|---|---|---|
| call | 12 | out | 16175759268 | 19412205835 | 2020-10-21 16:36:09.654 UTC |
| call | 12 | out | 16175759268 | 19412205835 | 2020-10-20 15:30:03.609 UTC |
| call | 12 | out | 16175759268 | 19412295901 | 2021-03-20 18:20:08.926 UTC |
| call | 12 | out | 16175759268 | 19412295273 | 2021-06-04 17:50:48.296 UTC |
| call | 12 | out | 16175759268 | 19412295140 | 2021-02-13 20:59:34.761 UTC |
| call | 12 | out | 16175759268 | 19412295273 | 2021-06-02 13:07:58.317 UTC |
| call | 12 | out | 16175759268 | 19412295140 | 2021-02-12 18:56:08.215 UTC |
| call | 12 | out | 16175759268 | 17196264702 | 2021-06-09 21:32:51.213 UTC |
| call | 12 | out | 16175759268 | 19412295065 | 2021-01-05 20:08:39.947 UTC |
| call | 12 | out | 16175759268 | 19412205658 | 2021-02-18 18:49:00.625 UTC |
| call | 12 | out | 16175759268 | 19415843763 | 2020-08-20 20:34:53.62 UTC |
| call | 12 | out | 16175759268 | 19417699849 | 2021-03-24 14:51:19.512 UTC |
| call | 12 | out | 16175759268 | 19417699801 | 2021-04-30 17:51:50.856 UTC |
| call | 12 | out | 16175759268 | 17196264702 | 2021-06-07 17:54:35.078 UTC |
| call | 12 | out | 16175759268 | 15613322717 | 2020-06-01 21:53:32.569 UTC |
| call | 12 | out | 16175759268 | 17196264702 | 2021-06-08 17:38:16.477 UTC |
| call | 6 | out | 16175759268 | 19412295097 | 2021-04-13 15:00:15.282 UTC |
| call | 12 | out | 16175759268 | 19414992129 | 2020-08-28 20:54:09.917 UTC |
| call | 12 | out | 16175759268 | 17192596508 | 2021-08-03 16:43:19.558 UTC |
| call | 12 | out | 16175759268 | 19412295956 | 2021-03-04 17:36:50.18 UTC |
| call | 12 | out | 16175759268 | 19414992455 | 2020-10-02 17:49:07.767 UTC |
| call | 12 | out | 16175759268 | 19414992107 | 2020-09-15 15:27:15.095 UTC |
| call | 12 | out | 16175759268 | 19412295956 | 2021-03-03 17:34:45.915 UTC |
| call | 12 | out | 16175759268 | 19413000079 | 2020-11-30 17:50:26.408 UTC |
| call | 12 | out | 16175759268 | 19412295056 | 2020-10-24 19:02:04.805 UTC |
| call | 12 | out | 16175759268 | 19412295056 | 2020-10-24 18:47:06.824 UTC |
| call | 12 | out | 16175759268 | 19412295936 | 2020-12-22 21:42:12.39 UTC |
| call | 12 | out | 16175759268 | 19412295056 | 2020-10-23 20:50:07.713 UTC |
| call | 12 | out | 16175759268 | 19412295936 | 2020-12-24 18:27:01.936 UTC |
| call | 0 | out | 16175759268 | 17192596508 | 2021-08-19 15:44:50.585 UTC |
| call | 12 | out | 16175759268 | 19419192276 | 2020-11-16 17:46:08.987 UTC |
| call | 12 | out | 16175759268 | 19412295279 | 2020-09-10 17:13:02.171 UTC |
| call | 12 | out | 16175759268 | 19412602112 | 2021-04-07 15:38:43.806 UTC |
| call | 12 | out | 16175759268 | 19414992368 | 2020-10-07 20:46:19.655 UTC |
| call | 12 | out | 16175759268 | 19418337236 | 2021-05-12 21:53:40.696 UTC |
| call | 12 | out | 16175759268 | 19418337236 | 2021-05-11 21:41:26.385 UTC |
| call | 6 | out | 16175759268 | 19412205649 | 2021-01-28 14:56:35.05 UTC |
| call | 12 | out | 16175759268 | 19414992455 | 2020-10-03 18:00:43.306 UTC |
| call | 12 | out | 16175759268 | 19414992702 | 2021-05-18 19:32:36.785 UTC |
| call | 12 | out | 16175759268 | 17192596508 | 2021-06-24 21:51:13.173 UTC |
| call | 12 | out | 16175759268 | 19418337411 | 2020-09-16 20:03:47.585 UTC |
| call | 12 | out | 16175759268 | 19412295175 | 2020-08-06 20:58:32.771 UTC |
| call | 12 | out | 16175759268 | 17192596508 | 2021-06-23 17:35:35.323 UTC |
| call | 12 | out | 16175759268 | 17192596508 | 2021-07-30 17:56:03.734 UTC |
| call | 12 | out | 16175759268 | 19412602112 | 2021-04-09 15:47:20.949 UTC |
| call | 12 | out | 16175759268 | 17192596508 | 2021-06-25 17:05:40.78 UTC |

| | | | | |
|---|---|---|---|---|
| call | 12 out | 16175759268 | 19412295105 | 2020-08-01 18:02:23.677 UTC |
| call | 12 out | 16175759268 | 19412205649 | 2021-01-29 15:30:52.471 UTC |
| call | 12 out | 16175759268 | 19419192473 | 2020-12-03 22:26:37.743 UTC |
| call | 12 out | 16175759268 | 19418337411 | 2020-09-17 18:38:15.573 UTC |
| call | 12 out | 16175759268 | 19412295103 | 2021-02-01 17:32:43.625 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-07-27 21:33:17.071 UTC |
| call | 12 out | 16175759268 | 19419192752 | 2020-10-31 16:05:24.351 UTC |
| call | 12 out | 16175759268 | 19412205658 | 2021-02-26 17:58:34.357 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-07-23 19:03:40.176 UTC |
| call | 6 out | 16175759268 | 19414992403 | 2021-01-25 15:41:57.251 UTC |
| call | 12 out | 16175759268 | 19418337411 | 2020-09-19 17:40:27.471 UTC |
| call | 12 out | 16175759268 | 19414990950 | 2021-02-03 20:31:38.975 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-08-14 19:42:49.89 UTC |
| call | 12 out | 16175759268 | 19412295044 | 2020-07-28 13:53:33.516 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-07-07 20:25:39.41 UTC |
| call | 6 out | 16175759268 | 19412295901 | 2021-03-16 17:04:19.992 UTC |
| call | 12 out | 16175759268 | 19417699526 | 2021-04-23 19:13:34.905 UTC |
| call | 12 out | 16175759268 | 19417699526 | 2021-04-23 20:02:40.683 UTC |
| call | 12 out | 16175759268 | 19414992959 | 2020-12-08 21:07:41.916 UTC |
| call | 12 out | 16175759268 | 19414992959 | 2020-12-08 15:00:26.062 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-08-13 15:55:57.544 UTC |
| call | 12 out | 16175759268 | 19412205725 | 2020-07-24 14:51:43.395 UTC |
| call | 12 out | 16175759268 | 19414990950 | 2021-02-09 20:37:08.669 UTC |
| call | 12 out | 16175759268 | 19412295042 | 2020-06-16 17:25:43.928 UTC |
| call | 12 out | 16175759268 | 19417699526 | 2021-04-20 21:26:14.116 UTC |
| call | 12 out | 16175759268 | 19414992647 | 2021-04-26 15:26:33.097 UTC |
| call | 12 out | 16175759268 | 19412205725 | 2020-07-20 15:35:03.327 UTC |
| call | 12 out | 16175759268 | 19414992647 | 2021-04-27 20:12:04.091 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-08-17 15:45:36.482 UTC |
| call | 12 out | 16175759268 | 19412295044 | 2020-07-27 13:18:48.372 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-08-16 15:55:34.722 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-07-08 22:16:14.813 UTC |
| call | 12 out | 16175759268 | 19412295576 | 2021-05-24 19:33:48.476 UTC |
| call | 12 out | 16175759268 | 19417168981 | 2020-10-13 13:03:24.757 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-08-06 14:42:53.67 UTC |
| call | 12 out | 16175759268 | 19415843792 | 2021-03-08 16:32:38.743 UTC |
| call | 12 out | 16175759268 | 19419192545 | 2021-05-29 18:33:14.698 UTC |
| call | 12 out | 16175759268 | 19412295273 | 2021-05-28 19:59:42.401 UTC |
| call | 12 out | 16175759268 | 19412147243 | 2020-08-12 21:16:15.945 UTC |
| call | 12 out | 16175759268 | 19412295097 | 2021-04-19 21:09:17.198 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-08-09 21:53:50.24 UTC |
| call | 12 out | 16175759268 | 19415843792 | 2020-12-31 16:55:46.849 UTC |
| call | 12 out | 16175759268 | 19417699801 | 2021-05-05 22:25:03.214 UTC |
| call | 12 out | 16175759268 | 19412132096 | 2020-10-19 13:30:25.807 UTC |
| call | 12 out | 16175759268 | 19412295273 | 2021-05-25 20:26:30.038 UTC |
| call | 12 out | 16175759268 | 19412205585 | 2020-12-17 21:43:15.949 UTC |
| call | 12 out | 16175759268 | 19412147355 | 2020-11-25 13:56:41.449 UTC |

| | | | | |
|---|---|---|---|---|
| call | 12 out | 16175759268 | 17192596508 | 2021-07-22 20:55:26.904 UTC |
| call | 12 out | 16175759268 | 19418337411 | 2020-09-23 21:34:31.069 UTC |
| call | 6 out | 16175759268 | 19412205681 | 2021-03-31 16:07:09.959 UTC |
| call | 12 out | 16175759268 | 19412205681 | 2021-01-13 21:46:05.62 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-07-21 21:36:10.649 UTC |
| call | 12 out | 16175759268 | 19415843836 | 2020-11-09 16:40:27.88 UTC |
| call | 12 out | 16175759268 | 19412205658 | 2021-02-24 21:28:32.733 UTC |
| call | 12 out | 16175759268 | 17192596508 | 2021-07-21 13:36:08.34 UTC |
| call | 12 out | 16175759268 | 17196264702 | 2021-06-12 18:31:54.658 UTC |
| call | 12 out | 16175759268 | 19414992513 | 2020-12-14 22:26:59.23 UTC |
| call | 12 out | 16175759268 | 19412205681 | 2021-01-15 16:15:28.641 UTC |
| call | 12 out | 16175759268 | 19412205681 | 2021-01-15 21:17:46.498 UTC |
| call | 12 out | 16175759268 | 19414992586 | 2020-11-05 21:02:09.192 UTC |
| call | 12 out | 16175759268 | 19419192744 | 2020-09-03 19:53:45.445 UTC |
| call | 12 out | 16175759268 | 19419192744 | 2020-09-04 21:40:43.85 UTC |