## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JEREMY M. GLAPION,**<br><br>         Plaintiff,<br><br>v.<br><br>**RENOVATION REFERRAL, LLC**<br>**d/b/a SOLAR MEDIA TEAM;**<br>**GABRIEL SOLOMON SR.**<br><br>       Defendant. | Civil Case No.: 21-cv-599 |

## DEFAULT JUDGMENT

Plaintiff Jeremy M. Glapion moves the court enter default judgment against Defendants Renovation Referral, LLC d/b/a Solar Media Team and Defendant Gabriel Solomon Sr. jointly and severally pursuant to Federal Rule of Civil Procedure 55(b) in the amount of $315,000 for violations of 47 U.S.C. § 227(b) and 47 U.S.C. § 227(c). It appearing from the record that Plaintiff's allegations and submitted evidence establish 102 violations of § 227(b) and 108 violations of § 227(c), that said violations were willful and/or knowing, that the respective statutes allow $1,500 in statutory damages for each willful and/or knowing violations, Plaintiff's Motion is granted. Judgment shall be entered against each Defendant, jointly and severally, for $315,000, which reflects $153,000 for knowing violations of § 227(b) and $162,000 for knowing violations of § 227(c).

Dated:                          _____
                                District Judge