## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JEREMY M. GLAPION,**<br><br>                    Plaintiff,<br><br>v.<br><br>**RENOVATION REFERRAL, LLC<br>d/b/a SOLAR MEDIA TEAM;<br>GABRIEL SOLOMON SR.**<br><br>                    Defendant. | Civil Case No.: 21-cv-599 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 11, 2022, he caused a copy of the Motion for Default Judgment and all accompanying filingsr to be sent via email to Gabe@solarmediateam.com, the email address at which Plaintiff and Defendant Solomon have previously communicated, and via certified mail to Defendants' last known address (which is also the address at which they were served the summons and complaint and entry of default paperwork): 17373 Orange Grove Blvd, Loxahatchee, Florida 33470.

**Dated:** March 11, 2022

s/ Jeremy M. Glapion_____
Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.965.8006
jmg@glapionlaw.com